Civil Action No. 2:18-cv-03041-DSF-RAO

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

see attached for additional documents
This summons for *(name of individual and title, if any)* PATRICK SORIA

was received by me on *(date)* 04/24/2018 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☑ I left the summons at the individual's residence or usual place of abode with *(name)* CHRISTIAN SORIA, Brother/Co-Occupant , a person of suitable age and discretion who resides there,
on *(date)* 04/24/2018 , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ 155.00 for services, for a total of $ 155.00 .

I declare under penalty of perjury that this information is true.

Date: 04/25/2018

_____
*Server's signature*

Joe Goldbaum, Registered Process Server
*Printed name and title* County of Orange #PSC-227

4790 Irvine Blvd., Suite 105-504
Irvine, CA 92620
(949) 724-9396
*Server's address*

Additional information regarding attempted service, etc:
Service Address: 4240 Lost Hills Road, Apt. 2806
Agoura Hills, CA 91301

# **PATRICK SORIA**

List of Documents for Service:

1. Complaint
2. Civil Cover Sheet
3. Notice of Related Parties
4. Summons
5. Notice of Related Cases and Notice of Pendency of Other Action
6. Notice of Assignment to US Judges
7. Notice to Parties of Court-Directed ADR Program
8. Ex Parte Application of Nationstar for Temporary Restraining Order and OSC re: Preliminary Injunction
9. Index of Exhibits in Support of Plaintiff's Ex Parte TRO Application
10. Index of Individuals in Support of Plaintiff's Ex Parte Application
11. Index of Private Exhibits in Support of Temporary Restraining Order
12. Declaration of Jane Kutepova in support of Temporary Restraining Order
13. Declaration of Jered T Ede re: compliance with FRCP 65 and L.R. 7-19.2 in Support of Ex Parte Application for Temporary Restraining Order
14. Declaration of Nationstar in Support of Temporary Restraining Order
15. Declaration of Georlen Spangler in Support of Temporary Restraining Order
16. Declaration of Dwight Spence in Support of Temporary Restraining Order
17. Ex Parte Application to Appoint a Temporary Receiver; Declaration of Jered T. Ede in support
18. Plaintiff's Recommendation for Temporary Receiver
19. Proposed Order Granting Plaintiff Nationstar's Ex Parte Application for Temporary Restraining Order with Asset Freeze
20. Request for Judicial Notice of Documents in Support of Plaintiff's Ex Parte TRO Application
21. Standing Order for All Cases Assigned to Judge Dale S Fischer
22. Order Denying Ex Parte Application for Temporary Restraining Order
23. Response to Order Denying Plaintiff's Ex Parte Application for Temporary Restraining Order
24. Supplemental Declaration of Jered T. Ede in Support of Ex Parte Application for Temporary Restraining Order
25. Supplemental Declaration of Nationstar in Support of Temporary Restraining Order
26. Proposed Order Granting Plaintiff Nationstar's Ex Parte Application for Temporary Restraining Order with Asset Freeze
27. Supplemental Request for Judicial Notice of Documents in Support of Plaintiff's Ex Parte TRO Application
28. Order Granting Plaintiff Nationstar's Ex Parte Application for Temporary Restraining Order with Asset Freeze
29. Final Judgment in *CFPB v. Chance Gordon, et al.* US District Court, Central District of California, Case No. 2:12-cv-06147-PA-MRW
30. Stipulated Final Judgment and Order for Permanent Injunction in *CFPB v. Chance Gordon, et al.* US District Court, Central District of California, Case No. 2:12-cv-06147-PA-MRW

## JGI | JOSEPH GOLDBAUM, INC.
## DECLARATION OF DILIGENCE - NON-SERVICE

**ATTORNEY NAME AND ADDRESS**
HALL | GRIFFIN, APC
1851 E. FIRST STREET, 10TH FLOOR
SANTA ANA, CA 92705

**NAME OF COURT, JUDICIAL DISTRICT OR BRANCH**
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OR CALIFORNIA

**PLAINTIFF:** NATIONSTAR MORTGAGE LLC  **CASE NO.:** 2:18-cv-03041-DSF-RAO
**DEFENDANT:** PATRICK SORIA, et al.

I, Joe Goldbaum, declare as follows:

I am and was on the dates herein mentioned over the age of eighteen and not a party to this action. I received the following documents on 04/24/2018:
    **SEE ATTACHED LIST OF SERVICE DOCUMENTS**

After due search, careful inquiry and diligent attempts at the following address(es) I have been unable to effect service of said process upon:
    **PATRICK SORIA**

Residence Address: **465 S. La Cienega Blvd., Apt. 201-202, Los Angeles, CA 90048**

**Process is being returned without service for the following reason(s):**

04/24/2018 at 5:30 p.m. – SLS Hotel. According to Jesenia De Dios, Front Office Supervisor, Patrick Soria is no longer a guest at this location

**Fee for Service:** $ 155.00
**Person who served papers:** Joe Goldbaum - JGI | JOSEPH GOLDBAUM INC.
4790 Irvine Blvd., Suite 105-504, Irvine, CA 92620 - Telephone (949) 724-9396
Registered Process Server - Registration No.: PSC-227 - County: Orange

I declare under penalty of perjury under the laws of the State of California, that the foregoing is true and correct. Executed on 04/25/2018, at Irvine, California.

_____ (signature)

**DECLARATION OF DILIGENCE - NON-SERVICE**

# **PATRICK SORIA**

List of Documents for Service:
1. Complaint
2. Civil Cover Sheet
3. Notice of Related Parties
4. Summons
5. Notice of Related Cases and Notice of Pendency of Other Action
6. Notice of Assignment to US Judges
7. Notice to Parties of Court-Directed ADR Program
8. Ex Parte Application of Nationstar for Temporary Restraining Order and OSC re: Preliminary Injunction
9. Index of Exhibits in Support of Plaintiff's Ex Parte TRO Application
10. Index of Individuals in Support of Plaintiff's Ex Parte Application
11. Index of Private Exhibits in Support of Temporary Restraining Order
12. Declaration of Jane Kutepova in support of Temporary Restraining Order
13. Declaration of Jered T Ede re: compliance with FRCP 65 and L.R. 7-19.2 in Support of Ex Parte Application for Temporary Restraining Order
14. Declaration of Nationstar in Support of Temporary Restraining Order
15. Declaration of Georlen Spangler in Support of Temporary Restraining Order
16. Declaration of Dwight Spence in Support of Temporary Restraining Order
17. Ex Parte Application to Appoint a Temporary Receiver; Declaration of Jered T. Ede in support
18. Plaintiff's Recommendation for Temporary Receiver
19. Proposed Order Granting Plaintiff Nationstar's Ex Parte Application for Temporary Restraining Order with Asset Freeze
20. Request for Judicial Notice of Documents in Support of Plaintiff's Ex Parte TRO Application
21. Standing Order for All Cases Assigned to Judge Dale S Fischer
22. Order Denying Ex Parte Application for Temporary Restraining Order
23. Response to Order Denying Plaintiff's Ex Parte Application for Temporary Restraining Order
24. Supplemental Declaration of Jered T. Ede in Support of Ex Parte Application for Temporary Restraining Order
25. Supplemental Declaration of Nationstar in Support of Temporary Restraining Order
26. Proposed Order Granting Plaintiff Nationstar's Ex Parte Application for Temporary Restraining Order with Asset Freeze
27. Supplemental Request for Judicial Notice of Documents in Support of Plaintiff's Ex Parte TRO Application
28. Order Granting Plaintiff Nationstar's Ex Parte Application for Temporary Restraining Order with Asset Freeze
29. Final Judgment in *CFPB v. Chance Gordon, et al.* US District Court, Central District of California, Case No. 2:12-cv-06147-PA-MRW
30. Stipulated Final Judgment and Order for Permanent Injunction in *CFPB v. Chance Gordon, et al.* US District Court, Central District of California, Case No. 2:12-cv-06147-PA-MRW