| Attorney or Party without Attorney:<br>HALL GRIFFIN LLP<br>JERED T. EDE (SBN 273440)<br>1851 E. 1st St. 10th Floor<br>Santa Ana, CA 92705<br>Telephone No: 714 918-7000<br>Attorney For: Plaintiff | | For Court Use Only |
|---|---|---|
| | Ref. No. or File No.:<br>02606.0913 | |

| Insert name of Court, and Judicial District and Branch Court:<br>UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA |
|---|
| Plaintiff: NATIONSTAR MORTGAGE LLC<br>Defendant: PATRICK JOSEPH SORIA, etc., et al. |

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>2:18-CV-03041 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION, SEE ATTACHED LIST OF ADDITIONAL DOCUMENTS SERVED

3. a. Party served: WEST H&A, LLC, a Delaware Limited Liability Company
   b. Person served: BRIONNA REID, RECEPTIONIST, CORPNET, INCORPORATED, REGISTERED AGENT, authorized to accept service under F.R.C.P. Rule 4.

4. Address where the party was served: 340 N. Westlake Blvd., Suite 210, Thousand Oaks, CA 91362

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Tue, Apr 24 2018 (2) at: 01:41 PM

6. **Person Who Served Papers:**
   a. Ruben Fragoso
   b. FIRST LEGAL
      600 W. Santa Ana Blvd., Ste. 101
      SANTA ANA, CA 92701
   c. (714) 541-1110

   d. **The Fee** for Service was: $32.50

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

04/26/2018
(Date)

*(Signature)*



PROOF OF SERVICE

2225133
(11267303)

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**CASE NO: 2:18-CV-03041**
**NATIONSTAR MORTGAGE LLC. vs. SORIA, ETC., ET AL.**

**LIST OF DOCUMENTS**

1. Complaint for Permanent Injunction
2. Civil Case Cover Sheet
3. Certification and Notice of Interested Parties
4. Notice of Related Case and Notice of Pendency of Other Action
5. Notice of Assignment to United States Judges
6. Notice to Parties of Court-Directed ADR Program
7. Ex Parte Application for Temporary Restraining Order to Show Cause re: Preliminary Injunction
8. Index of Exhibits in Support of Plaintiff's Ex Parte TRO Application and Ex Parte Application to Appoint a Temporary Receiver
9. Index of Individuals in Support of Plaintiff's Ex Parte TRO Application and Ex Parte Application to Appoint a Temporary Receiver
10. Index of Private Exhibits in Support of Temporary Restraining Order; Order to Show Cause re: Preliminary Injunction; and Ex Parte Application to Appoint a Temporary Receiver
11. Declaration of Jane M. Kutepova in Support of Temporary Restraining Order; Order to Show Cause re: Preliminary Injunction; and Ex Parte Application to Appoint a Temporary Receiver
12. Declaration of Jered T. Ede re: Compliance with FRCP 65 and L.R. 7.19.2 in Support of Temporary Restraining Order; Order to Show Cause re: Preliminary Injunction; and Ex Parte Application to Appoint a Temporary Receiver
13. Declaration of Nationstar Mortgage LLC in Support of Temporary Restraining Order; Order to Show Cause re: Preliminary Injunction; and Ex Parte Application to Appoint a Temporary Receiver
14. Declaration of Georlen Spangler in Support of Temporary Restraining Order; Order to Show Cause re: Preliminary Injunction; and Ex Parte Application to Appoint a Temporary Receiver
15. Declaration of Dwight Spence in Support of Temporary Restraining Order; Order to Show Cause re: Preliminary Injunction; and Ex Parte Application to Appoint a Temporary Receiver
16. Ex Parte Application to Appoint a Temporary Receiver; Declaration of Jered T. Ede in Support
17. Plaintiff's Recommendation for Temporary Receiver
18. Proposed] Order Granting Plaintiff's Ex Parte Application

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**CASE NO: 2:18-CV-03041**
**NATIONSTAR MORTGAGE LLC. vs. SORIA, ETC., ET AL.**

19. Request for Judicial Notice of Documents in Support of Ex Parte TRO Application and Ex Parte Application to Appoint a Temporary Receiver
20. Standing Order for Cases Assigned to Judge Dale S. Fisher
21. Order Denying Ex Parte Application for Temporary Restraining Order
22. Response to Order Denying Ex parte Application
23. Supplemental Declaration of Jered T. Ede in Support of Ex Parte Application
24. Supplemental Declaration of Nationstar Mortgage LLC in Support of Ex Parte Application
25. [Proposed] Order Granting Plaintiff's Ex Parte Application (supp.)
26. Supplemental Request for Judicial Notice of Documents in Support of Ex Parte
27. Supplemental Request for Judicial Notice of Documents in Support of Ex Parte – Part 2
28. Supplemental Request for Judicial Notice of Documents in Support of Ex Parte – Part 3
29. Order Granting Plaintiff's Application for a Temporary Restraining Order and Ex Parte Application to Appoint a Temporary Receiver
30. CFPB v. Gordon – Final Judgment and Permanent Injunction
31. CFPB v. Gordon – Stipulated Final Judgment and Order for Permanent Injunction