Sandford L. Frey (SBN 117058)
**LEECH TISHMAN FUSCALDO & LAMPL, INC.**
200 South Los Robles Avenue, Suite 210
Pasadena, California 91101
Telephone: 626.796.4000; Facsimile: 626.795.6321
E-mail: *sfrey@leechtishman.com*

Proposed Reorganization Counsel for Defendant
Patrick Joseph Soria

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION-LOS ANGELES

| | |
|---|---|
| NATIONSTAR MORTGAGE, LLC,  Plaintiffs,  v.  WEST H&A, LLC, a Delaware limited liability company; etc., et al,  Defendants. | CASE NO.: 2:18-cv-3041 DSF-RAO  **NOTICE OF BANKRUPTCY FILING** |

**TO THE JUDGE OF THE UNITED STATES DISTRICT COURT, AND ALL INTERESTED PARTIES: PLEASE TAKE NOTICE** that on May 11, 2018, Patrick Joseph Soria filed a Petition for Relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") in the Bankruptcy Court for the Central District of California- Los Angeles Division, Bankruptcy Case No.: 1-18-bk-11229-MT. A true and correct copy of the Notice of Bankruptcy Case Filing has been attached hereto and marked as Exhibit "A". Pursuant to Section 362(a) of the Bankruptcy Code, the filing of the Voluntary Petition operates as a stay, in part, of the above-captioned action. 11 U.S.C. § 362.

///

///

///

- 1 –
**NOTICE OF BANKRUPTCY FILING**

| | | |
|---|---|---|
| 1 | DATED: May 15, 2018 | LEECH TISHMAN FUSCALDO & LAMPL, INC. |
| 2 | | |
| 3 | | By: /s/ Sandford L. Frey |
| 4 | |     SANDFORD L. FREY<br>Proposed Reorganization Attorneys for |
| 5 | | Defendant Robert Joseph Soria |

LEECH TISHMAN FUSCALDO & LAMPL, INC.
200 SOUTH LOS ROBLES AVENUE, SUITE 210
PASADENA, CALIFORNIA 91101
626.796.4000

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: LEECH TISHMAN FUSCALDO & LAMPL, INC., 200 South Los Robles Avenue, Suite 210, Pasadena, California 91101.

A true and correct copy of the foregoing document entitled (*specify*): NOTICE OF BANKRUPTCY FILING will be served or was served **(a)** on the judge in chambers; and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders, the foregoing document will be served by the court via NEF and hyperlink to the document. On May 15, 2018, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

| | |
|---|---|
| Howard D. Hall, HALL GRIFFIN LLP | Hdhall@hallgriffing.com;jede@hallgriffin.com; cschneider@hallgriffin.com; jkutepova@hallgriffin.com; tburnett@hallgriffin.com |
| Gary O. Caris, BARNES AND THORNBURG, LLP | gcaris@btlaw.com |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | Janis G. Abrams | /s/ Janis G. Abrams |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

United States Bankruptcy Court
Central District of California

## Notice of Bankruptcy Case Filing



A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 11 of the United States Bankruptcy Code, entered on 05/11/2018 at 7:29 PM and filed on 05/11/2018.

**Patrick Joseph Soria**
4240 Lost Hills Road
Unit 2806
Agoura Hills, CA 91301
SSN / ITIN: xxx-xx-0905

The case was filed by the debtor's attorney:

**Sandford L. Frey**
Leech Tishman Fuscaldo & Lampl, Inc.
200 South Los Robles Avenue
Suite 210
Pasadena, CA 91101
626-796-4000

The case was assigned case number 1:18-bk-11229-MT to Judge Maureen Tighe.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page www.cacb.uscourts.gov or at the Clerk's Office, 21041 Burbank Blvd,, Woodland Hills, CA 91367-6603.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

Kathleen J. Campbell
Clerk, U.S. Bankruptcy Court