HALL GRIFFIN LLP
HOWARD D. HALL, State Bar No. 145024
  *hhall@hallgriffin.com*
JERED T. EDE, State Bar No. 273440
  *jede@hallgriffin.com*
TIMOTHY A. BURNETT, State Bar No. 286516
  *tburnett@hallgriffin.com*
JANE M. KUTEPOVA, State Bar No. 305254
  *jkutepova@hallgriffin.com*
CHEYENNE S. SCHNEIDER, State Bar No. 285084
  *cschneider@hallgriffin.com*
1851 East First Street, 10th Floor
Santa Ana, California 92705-4052
Telephone: (714) 918-7000
Facsimile: (714) 918-6996

Attorneys for Plaintiff
NATIONSTAR MORTGAGE LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC, <br><br> Plaintiff, <br><br> vs. <br><br> PATRICK JOSEPH SORIA, an individual; WEST H&A, LLC, a Delaware Limited Liability Company; WARRANTED EFFECTUATION OF SUBSTITUTE TRANSFEREE INC, AKA W.E.S.T Inc., a Delaware Corporation; WESTWOOD LEGAL, a California Corporation; WESTWARD LEGAL, a California Corporation; BRIGHTON LEGAL GROUP, PC, a dissolved California Corporation; BLG PC NATIONAL BY BRIGHTON LEGAL GROUP, INC., a Delaware Corporation; DEUTSCHE MELLON NATIONAL ASSET, LLC, a Wyoming Limited Liability Company; CHRISTIANA WILMINGTON GLOBAL ASSET CORP., a Delaware Corporation; HBSC US IN ITS CAPACITY AS LEGAL TITLE HOLDER INCORPORATED, a | CASE NO. 2:18-cv-03041 DSF (RAOx) <br><br> JUDGE: Hon. Dale S. Fischer <br> CTRM.: 7D <br><br> **NOTICE OF LODGING OF [PROPOSED] ORDER FINDING DEFENDANTS PATRICK J. SORIA, WEST H&A LLC, WESTWOOD LEGAL, and HBSC US IN ITS CAPACITY AS LEGAL TITLE HOLDER INCORPORATED IN CONTEMPT** <br><br> ACTION FILED: April 11, 2018 <br> TRIAL DATE:   None Set |

| | |
|---|---|
| Delaware Corporation; CAMDEN LEGAL GROUP, PC, a dissolved California Corporation; TAMYRA WHITE, an individual; GEORGE WESLEY JR. PIERCE, an individual; GRICELA MENDOZA, an individual; BERNARD GERMANI, an individual; REBEKAH BROWN, an individual; MICHAEL C. JACKSON, an individual; CYNTHIA LARA, an individual; F. MARTINEZ, an individual; JENNY DE LEON, an individual; ELBA CHAVEZ, an individual; RYAN ALEXANDER URQUIZU, an individual; ROGER FRANKLIN, an individual; AND WHATEVER NAME THEY MAY DO BUSINESS UNDER; and DOES 1 through 10 inclusive,<br><br>          Defendants. | |

Plaintiff, Nationstar Mortgage LLC ("Nationstar") hereby lodges the [Proposed] Order Finding Defendants Patrick J. Soria, West H&A LLC, Westwood Legal, and HBSC US In Its Capacity As Legal Title Holder Incorporated in Contempt, attached hereto as Exhibit A.

DATED: May 31, 2018           HALL GRIFFIN LLP

By: _____
Howard D. Hall
Jered T. Ede
Timothy A. Burnett
Jane M. Kutepova
Cheyenne S. Schneider
Attorneys for Plaintiff
NATIONSTAR MORTGAGE LLC

# EXHIBIT A

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC | CASE NO. 2:18-cv-03041 DSF (RAOx) |
| Plaintiff, | JUDGE: Hon. Dale S. Fischer<br>CTRM.: 7D |
| vs. | **[PROPOSED] ORDER FINDING DEFENDANTS PATRICK J. SORIA, WEST H&A LLC, WESTWOOD LEGAL, and HBSC US IN ITS CAPACITY AS LEGAL TITLE HOLDER INCORPORATED IN CONTEMPT** |
| PATRICK JOSEPH SORIA, an individual; WEST H&A, LLC, a Delaware Limited Liability Company; WARRANTED EFFECTUATION OF SUBSTITUTE TRANSFEREE INC, AKA W.E.S.T Inc., a Delaware Corporation; WESTWOOD LEGAL, a California Corporation; WESTWARD LEGAL, a California Corporation; BRIGHTON LEGAL GROUP, PC, a dissolved California Corporation; BLG PC NATIONAL BY BRIGHTON LEGAL GROUP, INC., a Delaware Corporation; DEUTSCHE MELLON NATIONAL ASSET, LLC, a Wyoming Limited Liability Company; CHRISTIANA WILMINGTON GLOBAL ASSET CORP., a Delaware Corporation; HBSC US IN ITS CAPACITY AS LEGAL TITLE HOLDER INCORPORATED, a Delaware Corporation; CAMDEN LEGAL GROUP, PC, a dissolved California Corporation; TAMYRA WHITE, an individual; GEORGE WESLEY JR. PIERCE, an individual; GRICELA MENDOZA, an individual; BERNARD GERMANI, an individual; | Date: June 6, 2018<br>Time: 3:00 p.m.<br>Dept.: 7D<br><br>ACTION FILED: April 11, 2018<br>TRIAL DATE:   None Set |

| | |
|---|---|
| 1 | REBEKAH BROWN, an individual; MICHAEL C. JACKSON, an individual; CYNTHIA LARA, an individual; F. MARTINEZ, an individual; JENNY DE LEON, an individual; ELBA CHAVEZ, an individual; RYAN ALEXANDER URQUIZU, an individual; ROGER FRANKLIN, an individual; AND WHATEVER NAME THEY MAY DO BUSINESS UNDER; and DOES 1 through 10 inclusive |
| | Defendants. |

This Court's Orders to Show Cause re: Contempt against Patrick J. Soria, West H&A LLC ("West H&A"), Westwood Legal ("Westwood"), and, HBSC US In Its Capacity As Legal Title Holder Incorporated ("HUCLTH"), came on for a duly noticed hearing on May 30, 2018 at 1:30 p.m. in Department 7D of the above-entitled Court, the Honorable Dale S. Fischer, Judge, Presiding. Defendant Patrick J. Soria ("Soria") appeared for himself as an individual, as well as for his corporate entities West H&A LLC ("West H&A"), Westwood Legal ("Westwood"), and, HBSC US In Its Capacity As Legal Title Holder Incorporated ("HUCLTH"). Sandford Frey from Leech Tischman Fuscaldo & Lampl, Inc. appeared in the limited capacity as bankruptcy counsel for Patrick J. Soria. Gary Owen Caris from Barnes & Thornburg LLP appeared on behalf of the Permanent Receiver Robb Evans & Associates LLC (the "Receiver"). Jered T. Ede and Jane M. Kutepova from Hall Griffin LLP appeared on behalf of Plaintiff Nationstar Mortgage LLC. There were no other appearances. Having considered the filings in support and in opposition herein in this case, the live testimony from Patrick J. Soria, and the arguments of counsel:

**THE COURT FINDS** Patrick J. Soria, West H&A, Westwood, and HUCLTH have willfully, knowingly, and regularly violated this Court's Orders and are therefore in contempt of Court;

/ / /

**IT IS THEREFORE ORDERED THAT**:

1. Patrick J. Soria, West H&A, Westwood and HUCLTH are hereby ordered to bring themselves into compliance with this Court's Order Entering Preliminary Injunction Against Defendants and Appointing Permanent Receivership ("Preliminary Injunction") (Dkt 46);

2. In order to purge this contempt, Patrick J. Soria ("Soria"), West H&A, Westwood, and HUCLTH are immediately ordered to:

   a. Disclose to and provide the Receiver the location of and access to all electronic and paper accounting records for the Receivership Defendants ("Receivership Defendants" is used throughout this Order to include all entities defined as such in the Preliminary Injunction and also specifically includes without limitation Soria individually), including without limitation QuickBooks;

   b. Disclose to and provide to the Receiver all locations of and access to all business operations for the Receivership Defendants;

   c. Disclose to and provide to the Receiver the location of and access to all electronic and paper consumer records for the Receivership Defendants;

   d. Provide the Receiver with a list of all tax identification numbers for the Receivership Defendants;

   e. Provide the Receiver with a list of all bank accounts, by name and account number, for the Receivership Defendants;

   f. Provide the Receiver full and complete copies of the 2015, 2016 and 2017 tax returns for the Receivership Defendants;

   g. Provide the Receiver full and complete written financial disclosures for the Receivership Defendants, executed under penalty of perjury, including without limitation detail concerning all assets, liabilities and income;

| | | |
|---|---|---|
| | h. | Provide the Receiver a list of all business activities the Receivership Defendants have been involved in since January 23, 2018 including a detailed status of each activity, including, but not limited to, a full and complete detailed disclosure of all transactions, wires, or money sent to/from the "Law Offices of Joseph F. Hart Client Trust Account" and to any other trust account maintained by attorney Joseph Hart; |
| | i. | Provide the Receiver a detailed disclosure as to all payments to any Receivership Defendant or for their benefit, since January 23, 2018. "Payments" include, without limitation, transfers of any money or real or personal property or other thing of value, and whether or not value was exchanged for the payment. This includes, but is not limited to, a full and complete detailed disclosure of all payments made to/from the "Law Offices of Joseph F. Hart Client Trust Account," and to any other trust account maintained by attorney Joseph Hart, and the disposition of each such payment (i.e. to whom the payment was released , who remains in possession of such payment, if the payment has been transferred, if so a disclosure as to who transferred it and the transferee of such payment), including without limitation the payment of approximately $513,000 for the benefit of Defendant Deutsche Mellon National Asset, LLC on or about March 22, 2018 in connection with the purported sale of real estate in Frisco, Texas; |
| | j. | Turn over all funds received by the Receivership Defendants since January 23, 2018, to the Receiver; |
| | k. | Provide the Receiver a detailed disclosure as to all payments made by any Receivership Defendant or for its benefit, since January 23, |

|   |   |   |
|---|---|---|
| 1 |  | 2018. "Payments" has the same meaning as set forth in paragraph |
| 2 |  | 2(i) herein; |
| 3 | l. | Provide the Receiver written confirmation under penalty of perjury |
| 4 |  | that the Receivership Defendants and CreativeNote have complied |
| 5 |  | with the Receiver's repeated requests to lock the Receivership |
| 6 |  | Defendants out of all business email accounts and to provide the |
| 7 |  | Receiver unlimited access to all business email accounts. Soria, |
| 8 |  | West H&A, Westwood and HUCLTH are to provide the Receiver |
| 9 |  | with a list of and immediate access to and exclusive control of every |
| 10 |  | email used by any Receivership Defendant or any of its' employees |
| 11 |  | or agents, including but not limited to "soria.patrick@gmail.com" |
| 12 |  | and "patrick.joseph.soria@gmail.com." Nothing in this Order shall |
| 13 |  | constitute a waiver of any attorney-client privilege which may exist. |
| 14 |  | Furthermore, Soria, West H&A, Westwood and HUCLTH are to |
| 15 |  | provide the Receiver with a list of and immediate access and |
| 16 |  | exclusive control of every website used by any Receivership |
| 17 |  | Defendant; |
| 18 | m. | Provide the Receiver full and complete disclosure as to all recorded |
| 19 |  | real property documents recorded by or on behalf of the |
| 20 |  | Receivership Defendants, in connection with any asserted |
| 21 |  | ownership interest in a secured promissory note, mortgage, deed of |
| 22 |  | trust, or other real property-related security instrument, or in |
| 23 |  | connection with any asserted real property ownership interest |
| 24 |  | obtained following the purported acquisition of an ownership |
| 25 |  | interest in a secured promissory note, mortgage, deed of trust or |
| 26 |  | other real property-related security instrument; |
| 27 | n. | Immediately cancel any open escrow/transaction purporting to sell |
| 28 |  | any property, receive any payoff, or otherwise through which the |

5            CASE NO. 2:18-cv-03041 DSF (RAOx)

|   |   |   |
|---|---|---|
|   |    | Receivership Defendants may receive some benefit, and provide the Receiver with a list of all such escrows/transactions; |
|   | o. | Provide a full and complete disclosure to the Receiver of each payment (including amount and source of payment) to any attorney since January 23, 2018, whether paid as a retainer or for services rendered or otherwise, by the Receivership Defendants including but not limited to any retainer paid to Leech Tischman Fuscaldo & Lampl, Inc.; |
|   | p. | Close any open PayPal accounts, provide the Receiver with any balance remaining in such accounts, and provide the Receiver with a closing statement for such accounts or other satisfactory proof of closure; |
|   | q. | Provide the Receiver with all debit, credit, and bank cards owned or used by the Receivership Defendants (no new cards are to be issued) and immediate access to any safe deposit box(es) used by or containing assets of the Receivership Defendants; |
|   | r. | Immediately return to the Receiver any mail received by the Receivership Defendants; |
|   | s. | Provide the Receiver with a list (with contact information) of all employees, agents, associates or anyone working for or with the Receivership Defendants or on their behalf, and immediately instruct the same to immediately cease doing business for or with the Receivership Defendants except only as is necessary to comply with this Order; and |
|   | t. | Provide the Receiver with Soria's cell phone(s) and the requisite usernames/passwords required to access data on the phone(s) by no later than midnight, May 30, 2018 ( Soria was ordered not to delete anything from the phone(s) prior to turnover). |

3. Soria, West H&A, Westwood and HUCLTH were and are ordered to appear before this Court on Wednesday, June 6, 2018, at 3:00 p.m. for a further hearing on their compliance with the above conditions of purging this contempt and/or for further contempt proceedings.

**IT IS SO ORDERED,** this _____ day of May 2018, at \_\_\_\_ o'clock \_\_.m.

                                      The Honorable Dale S. Fischer
                                      United States District Judge

# CERTIFICATE OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 1851 East First Street, 10th Floor, Santa Ana, CA 92705-4052.

On May 4, 2018, I served the within document(s) described as:

**NOTICE OF LODGING OF [PROPOSED] ORDER FINDING DEFENDANTS PATRICK J. SORIA, WEST H&A LLC, WESTWOOD LEGAL, and HBSC US IN ITS CAPACITY AS LEGAL TITLE HOLDER INCORPORATED IN CONTEMPT**

on each interested party in this action as stated below:

**SEE ATTACHED SERVICE LIST**

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

**BY MAIL:** By placing a true copy of the foregoing document(s) in a sealed envelope addressed as set forth above. I placed each such envelope for collection and mailing following ordinary business practices. I am readily familiar with this Firm's practice for collection and processing of correspondence for mailing. Under that practice, the correspondence would be deposited with the United States Postal Service on that same day, with postage thereon fully prepaid at Santa Ana, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on May 4, 2018, at Santa Ana, California.

_____
Carina Arreola Gallardo

# SERVICE LIST
*Nationstar Mortgage LLC vs. Patrick Joseph Soria, et al.*
**2:18-cv-03041 DSF (RAOx)**

| | |
|---|---|
| Gary Owen Caris, Esq.<br>Barnes & Thornburg LLP<br>2029 Century Park East, Suite 300<br>Los Angeles, CA 90067<br>(310) 284-3880; Fax: (310) 284-3894<br>gcaris@btlaw.com<br>**Attorneys for Temporary Receiver Robb Evans & Associates LLC**<br><br>**[Via CM/ECF Only]** | Sandford L. Frey, Esq.<br>Leech Tishman Fuscaldo & Lampl, Inc.<br>200 South Los Robles Ave., Suite 210<br>Pasadena, CA 91101<br>(626) 796-4000; Fax: (626) 795-6321<br>sfrey@leechtishman.com<br>**Proposed Reorganization Counsel for Defendant Patrick Joseph Soria**<br><br>**[Via CM/ECF Only]** |
| Cynthia Lara<br>2640 W. Rialto Ave., Space No. 54<br>San Bernardino, CA 92410<br>*Defendant* | Patrick Soria<br>4240 Lost Hills Road, #2806<br>Agoura Hills, CA 91301<br>*Defendant* |
| Gricela Mendoza<br>3277 Michigan Ave.<br>South Gate, CA 90280<br>*Defendant* | Ryan Alexander Urquizu<br>15231 Magnolia Blvd., Apt. 117<br>Sherman Oaks, CA 91403<br>*Defendant* |