**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>PATRICK JOSEPH SORIA, an individual; WEST H&A, LLC, a Delaware Limited Liability Company; WARRANTED EFFECTUATION OF SUBSTITUTE TRANSFEREE INC, AKA W.E.S.T Inc., a Delaware Corporation; WESTWOOD LEGAL, a California Corporation; WESTWARD LEGAL, a California Corporation; BRIGHTON LEGAL GROUP, PC, a dissolved California Corporation; BLG PC NATIONAL BY BRIGHTON LEGAL GROUP, INC., a Delaware Corporation; DEUTSCHE MELLON NATIONAL ASSET, LLC, a Wyoming Limited Liability Company; CHRISTIANA WILMINGTON GLOBAL ASSET CORP., a Delaware Corporation; HBSC US IN ITS CAPACITY AS LEGAL TITLE HOLDER INCORPORATED, a Delaware Corporation; CAMDEN LEGAL GROUP, PC, a dissolved California Corporation; TAMYRA WHITE, an individual; GEORGE WESLEY JR. PIERCE, an individual; GRICELA MENDOZA, an individual; BERNARD GERMANI, an individual; REBEKAH BROWN, an individual; | CASE NO. 2:18-cv-03041 DSF (RAOx)<br><br>JUDGE:  Hon. Dale S. Fischer<br>CTRM.:  7D<br><br>**ORDER GRANTING EX PARTE APPLICATION FOR AN ORDER EXPLICITLY ALLOWING THE PERMANENT RECEIVER TO ISSUE CANCELLATION AND RESCISSION OF ASSIGNMENT OF DEED OF TRUST**<br><br>ACTION FILED: April 11, 2018<br>TRIAL DATE:　None Set |

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7 | MICHAEL C. JACKSON, an individual; CYNTHIA LARA, an individual; F. MARTINEZ, an individual; JENNY DE LEON, an individual; ELBA CHAVEZ, an individual; RYAN ALEXANDER URQUIZU, an individual; ROGER FRANKLIN, an individual; AND WHATEVER NAME THEY MAY DO BUSINESS UNDER; and DOES 1 through 10 inclusive,<br><br>          Defendants. |

This Court, having considered the arguments presented in the *ex parte* application, and all other papers filed in Opposition hereto, for an Order explicitly allowing the Permanent Receiver to issue Cancellation/Rescission of Assignment of Deed of Trust, and all evidence in support thereof, **GRANTS** the *ex parte* Application and finds as follows:

**IT IS ORDERED THAT** the Permanent Receiver, Robb Evans & Associates, and, specifically, Brick Kane, if it finds that the document is fraudulent, has the *explicit* authority to execute a cancellation and rescission of the Wild Assignment of Deed of Trust, recorded on December 12, 2017 at 9:02 a.m., in the Official Records Recorder's Office of Los Angeles County, California, as Instrument Number 20171437515, and executed by Deutsche Mellon National Asset, LLC, a Wyoming Limited Liability Company, allegedly on behalf of "Deutsche Bank National Trust Company, as Trustee for Harbor View Mortgage Loan Trust Mortgage Loan Pass-Through Certificates Series 2006-5" recorded against the Subject Property of the Deed of Trust located at 20163 Via Cellini, Northridge, CA 91326, with A Parcel Number of: 2701-039-022, and a legal description as follows:

      Real Property in the City of Northridge, County of Los Angeles, State of California, described as follows:

LOT 22 OF TRACT NO. 45297-01, IN THE CITY OF LOS ANGELES, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 1222 PAGES 73 TO 76 INCLUSIVE, OF MAPS, AND BY CERTIFICATE OF CORRECTION, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY, RECORDED JANUARY 10, 2000 AS INSTRUMENT NO. 00-33956, OFFICIAL RECORDS.

EXCEPT THEREFROM ALL OIL, ASPHALTUM, PETROLEUM, NATURAL GAS AND OTHER HYDROCARBONS AND OTHER VALUABLE MINERAL SUBSTANCES AND PRODUCTS AND ALL OTHER MINERALS, WHETHER OR NOT OF THE SAME CHARACTER HEREINBEFORE GENERALLY DESCRIBED, IN OR UNDER SAID LAND AND LYING AND BEING AT A VERTICAL DEPTH OF 500 OR MORE FEET BELOW THE PRESENT NATURAL SURFACE OF THE GROUND, BUT WITHOUT RIGHT OF ENTRY ON THE SURFACE OR WITHIN A VERTICAL DEPTH OF 500 FEET BELOW THE PRESENT NATURAL SURFACE OF THE GROUND, EXCEPT AS PROVIDED IN THE DEED NEXT HEREIN REFERRED TO, AS RESERVED BY PORTER SESNON, BARBARA SESNON CARTAN AND WILLIAM T. SESNON, JR., IN THE DEED RECORDED DECEMBER 21, 1962 AS INSTRUMENT NO. 4537 IN BOOK D-1863 PAGE 473, OFFICIAL RECORDS UPON THE TERMS, CONDITIONS AND PROVISIONS THEREIN SET FORTH.

APN: 2701-039-022

(the "Subject Property.")

4.      **IT IS FURTHER ORDERED** that this Order, the PI/Receivership Order (Dkt. 46), as well as the rescission/cancellation that the Permanent Receiver may execute regarding the Subject Property, can be recorded in the Los Angeles County Recorders Office against the Subject Property, and the Los Angeles County Recorder is ordered to record same.

**IT IS SO ORDERED,** this 27th day of June, 2018, at 9:00 o'clock _a.m.

*/s/ Dale S. Fischer*

The Honorable Dale S. Fischer
United States District Judge