Douglas H. Morseburg (SBN 126205)
dmorseburg@leechtishman.com
LEECH TISHMAN FUSCALDO & LAMPL
200 South Los Robles Avenue, Suite 210
Pasadena, California 91101
Telephone: (626) 796-4000
Facsimmile: (626) 795-6321

Attorneys for Defendants Zoomlion Heavy Science & Technology Co., Ltd., Zoomlion Anhui Industrial Vehicle Co., Ltd., Chery Industry Equipment (North America) Inc., APS Industry Equipment (USA) Inc., Chery Industry Equipment (New York) Inc. and Zoomlion Capital (U.S.A.) Corp.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARK MATERIAL HANDLING COMPANY, etc., <br><br> Plaintiff, <br><br> vs. <br><br> ZOOMLION HEAVY INDUSTRY SCIENCE & TECHNOLOGY CO., LTD., etc., et al. <br><br> Defendants. | Case No. 2:18-cv-05853-CBM-E <br><br> **STIPULATION TO CONTINUE HEARING AND BRIEFING SCHEDULE ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** <br><br> Current Dates: <br>    Hearing Date:   08/28/2018 <br>    Opposition Date: 08/07/2018 <br>    Reply Date:   08/14/2018 <br><br> Proposed New Dates: <br>    Hearing Date:   09/25/2018 <br>    Opposition Date: 09/04/2018 <br>    Reply Date:   09/11/2018 |

     WHEREAS, Plaintiff Clark Material Handling Company ("Plaintiff"), has

-1-
**JOINT STIPULATION TO CONTINUE HEARING AND BRIEFING SCHEDULE**

-2-

asserted various claims against Defendants Zoomlion Heavy Science & Technology Co., Ltd., Zoomlion Anhui Industrial Vehicle Co., Ltd., Chery Industry Equipment (North America) Inc., APS Industry Equipment (USA) Inc., Chery Industry Equipment (New York) Inc. and Zoomlion Capital (U.S.A.) Corp. (collectively, "Defendants"), in the complaint (the "Complaint") filed in this action (the "Action");

WHEREAS, Plaintiff has also filed a motion for preliminary injunction (the "Motion") against Defendants and others;

WHEREAS, Defendants only managed to retain counsel within the past week; and

WHEREAS, Defendants have requested that Plaintiff agree to continue the hearing on the Motion for a period of at least four weeks so as to afford them an adequate opportunity to properly oppose the Motion;

NOW, THEREFORE, Plaintiff and Defendants stipulate and agree that:

1. The hearing on the Motion currently scheduled for August 28, 2018 shall be continued to September 25, 2018 or such other date as imay be convenient to the Court's calendar; and

**REMAINDER OF PAGE INTENTIONALLY LEFT BLANK**

-2-
**JOINT STIPULATION TO CONTINUE HEARING AND BRIEFING SCHEDULE**

2. Pursuant to Local Rule 7-11, the Defendants' opposition to the Motion shall be due by September 4, 2018 and the Plaintiff's reply brief shall be due by September 11, 2018.

Dated:  August 7, 2018     LEECH TISHMAN FUSCALDO & LAMPL

By:/s/Douglas H. Morseburg
Douglas H. Morseburg

Attorneys for Defendants Defendants Zoomlion Heavy Science & Technology Co., Ltd., Zoomlion Anhui Industrial Vehicle Co., Ltd., Chery Industry Equipment (North America) Inc., APS Industry Equipment (USA) Inc., Chery Industry Equipment (New York) Inc. and Zoomlion Capital (U.S.A.) Corp.

Dated:  August 7, 2018     MIDDLETON REUTLINGER

By:/s/Amy Berge*
Dennis D. Murrell
Amy Berge

Attorney for Plaintiff Clark Material Handling Company

   *  Pursuant to Local Rule 5-4.3.4, the filer attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized this filing.