Philip A. Toomey (Bar No. 89598)
   ptoomey@leechtishman.com
Eric J. Wu (Bar No. 270228)
   ewu@leechtishman.com
**LEECH TISHMAN FUSCALDO & LAMPL**
841 Apollo Street, Suite 450
El Segundo, CA 90245
Telephone:   424.738.4400
Facsimile:   424.738.5080

Attorneys for Defendant, Patrick Joseph Soria

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC, | CASE NO. 2:18-cv-03041-DSF-RAOx |
| Plaintiff, | |
| vs. | **JOINT STIPULATION FOR ORDER REQUIRING SANTA ANA POLICE DEPARTMENT TO PERMIT DEFENDANT'S COUNSEL TO BRING LAPTOP(S) AND EXTERNAL HARD DRIVE(S) DURING VISITS** |
| PATRICK JOSEPH SORIA, an individual, et al. | |
| Defendants. | |
| | Judge: Hon. Dale S. Fischer |
| | Courtroom: 7D |

JOINT STIPULATION FOR ORDER

**STIPULATION**

Plaintiff NATIONSTAR MORTGAGE LLC, Permanent Receiver ROBB EVANS & ASSOCIATES LLC, and Defendant PATRICK JOSEPH SORIA hereby jointly agree and stipulate to entry of Defendant's Proposed Order Requiring Santa Ana Police Department to Permit Defendant's Counsel to Bring Laptop(s) and External Hard Drive(s) During Client Visits.

*[Signatures appear on following page]*

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

JOINT STIPULATION FOR ORDER

Dated: August 9, 2018                    LEECH TISHMAN FUSCALDO & LAMPL


                                         By:     /s/ Philip A. Toomey
                                                 Philip A. Toomey
                                                 Eric J. Wu
                                                 Attorneys for Defendant,
                                                 PATRICK JOSEPH SORIA


Dated: August 9, 2018                    HALL GRIFFIN LLP


                                         By:     /s/ Jered T. Ede
                                                 Howard D. Hall
                                                 Jered T. Ede
                                                 Timothy A. Burnett
                                                 Jane M. Kutepova
                                                 Cheyenne S. Schneider
                                                 Attorneys for Plaintiff,
                                                 NATIONSTAR MORTGAGE LLC


Dated: August 9, 2018                    BARNES & THORNBURG LLP


                                         By:     /s/ Gary O. Caris
                                                 Gary O. Caris
                                                 Attorneys for Permanent Receiver,
                                                 ROBB EVANS & ASSOCIATES LLC


         I, Philip A. Toomey, hereby attest that all other signatories to this
Stipulation, and on whose behalf it is submitted, concur in its content and have
authorized its filing. I make this attestation pursuant to Local Rule 5-4.3.4.


Dated: August 8, 2018                             /s/ Philip A. Toomey
                                                  Philip A. Toomey

- 2 -