UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC,<br><br>Plaintiff,<br><br>v.<br><br>PATRICK JOSEPH SORIA, an individual, et al.,<br><br>Defendants. | Case No.  2:18-cv-03041 DSF (RAOx)<br><br>**ORDER GRANTING MOTION FOR ORDER APPROVING AND AUTHORIZING PAYMENT OF RECEIVER'S AND PROFESSIONAL'S FEES AND COSTS FROM INCEPTION OF THE RECEIVERSHIP ESTATE THROUGH MAY 31, 2018** |

The Court having read and considered the Motion for Order Approving and Authorizing Payment of Receiver's and Professional's Fees and Costs From the Inception of the Receivership Estate Through May 31, 2018, and all pleadings and evidence filed in support, and good cause appearing, it is ORDERED that:

1. The Motion and all relief sought therein is granted in its entirety;

2. Without limiting the generality of the foregoing, the following fees and costs incurred from the inception of the receivership, on April 23, 2018, through May 31, 2018 (Initial Expense Period) are approved and authorized to be paid,

when the receivership estate has sufficient funds on hand to make payment:

    A.    The fees of the Receiver, the Receiver's members and staff of $45,026.00 and Receiver's costs of $621.97, for a total of $45,647.97; and

    B.    The fees of the Receiver's counsel, Barnes & Thornburg LLP of $88,442.30 and costs of $67.50, for a total of $88,509.80.

3. Notice of the Motion is deemed sufficient under Local Rule 66-7 based on the service of the Motion on all parties and certain creditors of the estate, but not on the thousands of potential consumers, lenders, loan servicers, title insurers and other third parties who may have been defrauded by the Defendants.

DATED: 8/27/18

_____
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE