# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC,<br><br>    Plaintiff,<br><br>    vs.<br><br>PATRICK JOSEPH SORIA, an individual, et al.<br><br>    Defendants. | CASE NO. 2:18-cv-03041-DSF-RAOx<br><br>[~~PROPOSED~~] **PROTECTIVE ORDER RE: PRIVILEGED INFORMATION AND MATERIAL ON SORIA CELL PHONE AND AT WELLWORTH PROPERTY**<br><br>Judge: Hon. Rozella A. Oliver |

## ORDER

The Court, having reviewed and considered the Stipulation of the parties and finding good cause, hereby approves the parties' Stipulation and enters the Protective Order re: Privileged Information and Material on Soria Cell Phone and at Wellworth Property.

IT IS SO ORDERED.

Dated: October 30, 2018

_Rozella A. Oliver_
Hon. Rozella A. Oliver
United States Magistrate Judge