HALL GRIFFIN LLP
HOWARD D. HALL, State Bar No. 145024
  *hhall@hallgriffin.com*
JERED T. EDE, State Bar No. 273440
  *jede@hallgriffin.com*
TIMOTHY A. BURNETT, State Bar No. 286516
  *tburnett@hallgriffin.com*
JANE M. KUTEPOVA, State Bar No. 305254
  *jkutepova@hallgriffin.com*
1851 East First Street, 10th Floor
Santa Ana, California 92705-4052
Telephone: (714) 918-7000
Facsimile: (714) 918-6996

Attorneys for Plaintiff
NATIONSTAR MORTGAGE LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC<br><br>Plaintiff,<br><br>vs.<br><br>PATRICK JOSEPH SORIA, an individual; *et al*,<br><br>Defendants. | CASE NO. 2:18-cv-03041 DSF (RAOx)<br><br>JUDGE: Hon. Dale S. Fischer<br>CTRM.: 7D<br><br>**STIPULATED PERMANENT RESTRAINING ORDER**<br><br>ACTION FILED: April 11, 2018<br>TRIAL DATE: None Set |

## FINDINGS

By stipulation of the parties and being advised of the premises, the Court finds:

**WHEREAS**, Plaintiff's counsel alleges and believes that over the past year Defendant Patrick J. Soria and his mother have engaged in numerous actions which constitute harassment as against Plaintiff Nationstar Mortgage LLC's counsel, Jered T. Ede, amongst others, which such alleged actions include, but are not limited to:

- Hijacking counsel's mother's mortgage;

- Researching counsel's entire California homeownership history, concluding with counsel's current personal residence, all without justification;

- Researched topics such as "how to f\*\*k up an attorney" after this matter was filed;

- Conducted google.com searches on counsel and his wife; and

- Asked paid individuals to conduct surveillance on counsel (as well as this Court); among other things;

**WHEREAS** on Thursday, November 1, 2018, Defendant Soria requested Nationstar's counsel's consent to an order to release Defendant Soria from custody, which such consent was refused;

**WHEREAS** on Monday, November 5, 2018, counsel for Defendant Soria (without knowledge of the alleged harassing activities discussed herein) disclosed that Mr. Soria's mother, Soheila Soria, was putting pressure on Mr. Soria's counsel to file a motion seeking an order releasing Defendant Soria from custody and that there was a fear Ms. Soria might do "something stupid" to hurt herself;

**WHEREAS** Plaintiff's counsel, Jered T. Ede, Esq., represents that after dark on Tuesday, November 6, 2018 at approximately 8:30 p.m., two threatening men visited Mr. Ede's personal residence, one standing watch in his driveway while the other shouted at Mr. Ede and his family through the window that Mr. Ede should "cease and desist" or his "friend" would "take care of you tomorrow" and that Mr. Ede "knows what this is about;"

**WHEREAS** on Wednesday, November 7, 2018, Mr. Ede was then presented with a seven page letter from Mr. Soria's counsel (who has no knowledge of the November 6, 2018 events above) containing a list of reasons why Mr. Soria believed he should be released from custody;

**WHEREAS** on Thursday, November 8, 2018, Mr. Soria's counsel filed the aforementioned motion seeking to release Mr. Soria from federal custody; and

**WHEREAS** the parties agree and understand that this stipulation is part of a compromise of disputed claims and that the provisions contained herein are not intended to be – and shall not be – construed as an admission of any liability, responsibility, or wrongdoing whatsoever, and that each undersigned party expressly denies any liability, responsibility, or wrongdoing;

**THEREFORE**, sufficient grounds having been shown, the parties and Soheila Soria **HEREBY STIPULATE AND AGREE** to the entry of the following order:

## RESTRAINING ORDER

**NOW, THEREFORE,** it is hereby **ORDERED** that:

**Protected Persons**, as used herein, shall mean and include Howard D. Hall, Jered T. Ede, Jane M. Kutepova, Timothy A. Burnett, Carina Gallardo, Cheyenne Schneider and each of their spouses/domestic partners (registered or not), children, relatives, employees, co-workers, and agents, whether herein named or not[1], including but not limited to those individuals identified on Exhibit "A" – filed under seal in this matter. Exhibit "A" shall not be disclosed to the Restrained Persons at any time by anyone. Exhibit "A" may be amended from time to time upon application to this Court by any Protected Person(s).

**Restrained Persons**, as used herein, shall mean and include Patrick J. Soria[2]. The information on the herein named Restrained Persons is as follows:

/ / /

/ / /

/ / /

/ / /

---

[1] Many such individuals are, for their safety, not herein named.

[2] To be abundantly clear, the Restrained Persons cannot bypass this Restraining Order simply by engaging an otherwise unnamed individual to commit the harassment otherwise barred by this Restraining Order.

<u>Patrick Soria</u>: Male, Brown Eyes, Brown Hair, Height: appx 5'8", Weight: appx 220lbs, DOB: 09/1985, Race: Persian, Last known address: 4240 Lost Hills Road, Unit 2806, Agoura Hills, CA 91301;

1. The Restrained Persons shall not do the following things to any Protected Persons:
   a. Harass, stalk, surveil, intimidate, molest, attack, strike, threaten, assault, hit, abuse, destroy personal property of, or disturb the peace of the person;
   b. Contact the person, either directly or indirectly, in any way, including, but not limited to, in person, by telephone, in writing, by public or private mail, by interoffice mail, by e-mail, by text message, by fax, or by other electronic means;
   c. Take any action to obtain the person's residential or work address or location;
2. Restrained Persons must stay at least 500 yards away from the Protected Persons, the residence(s) of Protected Persons, the workplaces(s) of the Protected Persons, and the schools and/or child care facilities of any children of the Protected Persons, including but not limited to those locations identified on Exhibit "A" – filed under seal in this matter (Exhibit "A" shall not be disclosed to the Restrained Persons at any time by anyone; Exhibit "A" may be amended from time to time upon application to this Court by any Protected Person(s)), the vehicles or personal property of the Protected Persons, and the animals or pets of the Protected Persons;
3. The Restrained Persons cannot own, possess, have, buy or try to buy, receive or try to receive, or in any other way get guns, other firearms, or ammunition.

4. If the Restrained Persons have not already done so, the Restrained Persons must:
    a. Within 24 hours of entry of this Restraining Order[3], sell to or store with a licensed gun dealer, or turn into a law enforcement agency, any guns or other firearms or weapons of any kind, as well as all ammunition, in their possession or control;
    b. File a receipt with the Court within 48 hours of entry of this Restraining Order[4] that proves that such guns or firearms have been turned in, sold, or stored (California Judicial Council Form CH-800, "Proof of Firearms Turned In, Sold, or Stored" is hereby approved for such receipt/purpose).
5. This Order must be entered into the California Restraining and Protective Order System (CARPOS) through the California Law Enforcement Telecommunications System (CLETS). By close of business on the date after this Restraining Order is made, Counsel for Plaintiff is ordered to deliver a copy of the Restraining Order to a law enforcement agency of their choosing for this Restraining Order to be entered into CARPOS.
6. Service of Order on Restrained Persons: Each of the Restrained Persons are independently represented by counsel or have had access to independent legal advice regarding the matters contained herein. No service or additional proof of service of this Stipulation and/or Order is required.
7. No Expiration: This Restraining Order is permanent and shall not expire at any time except by order of *this* Court.

---

[3] and, in the case of Patrick J. Soria, the release of Mr. Soria from contempt incarceration
[4] and, in the case of Patrick J. Soria, the release of Mr. Soria from contempt incarceration

5   Case No. 2:18-cv-03041 DSF (RAOx)
STIPULATED PERMANENT RESTRAINING ORDER
C:\Users\RENEEA~1\AppData\Local\Temp\notes95E17C\Stip.RestrainingOrder.2.docx

8. This Restraining Order does not prevent the Restrained Persons from going to or from their home or place of employment, provided however that the Restrained Persons may not move their place of residence or employment such as to knowingly or intentionally violate this Restraining Order;

9. Peaceful written contact through a lawyer or process server or other person for service of legal papers related to a court case is allowed and does not violate this Order, provided no such service is permitted at the residence of any Protected Persons;

IT IS SO ORDERED.

DATED: January 4, 2019

_____
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE

STIPULATED AND AGREED:

DATED: November ___, 2018

By: _____
PATRICK SORIA

8. This Restraining Order does not prevent the Restrained Persons from going to or from their home or place of employment, provided however that the Restrained Persons may not move their place of residence or employment such as to knowingly or intentionally violate this Restraining Order;

9. Peaceful written contact through a lawyer or process server or other person for service of legal papers related to a court case is allowed and does not violate this Order, provided no such service is permitted at the residence of any Protected Persons;

**IT IS SO ORDERED**, this ___ day of November, 2018, at ___ o'clock ___.m.

_____
The Honorable Dale S. Fischer
United States District Judge

STIPULATED AND AGREED:

DATED: November 21, 2018

By: _____
PATRICK SORIA

DATED: November 26, 2018     LEECH TISMAN FUSCALDO & LAMPL, INC.

By: */s/ Eric J. Wu*
    Phillip A. Toomey
    Eric J. Wu
Attorneys for Defendant
PATRICK JOSEPH SORIA

DATED: November 26, 2018     HALL GRIFFIN LLP

By: */s/ Jered T. Ede*
    Jered T. Ede
Attorneys for Plaintiff
NATIONSTAR MORTGAGE LLC

**EXHIBIT "A"**

**FILED UNDER SEAL**

**EXHIBIT "A"**

**FILED UNDER SEAL**

**EXHIBIT "A" - FILED UNDER SEAL**
NOT TO BE DISCLOSED TO RESTRAINED PERSONS
Page 1 of 2

**Howard D. Hall**
  Individuals:
  Locations:

**Jered T. Ede**
  Individuals:



  Locations:

**Timothy A. Burnett**
  Individuals:

  Locations:

**Jane M. Kutepova**
  Individuals:


  Locations:

9  Case No. 2:18-cv-03041 DSF (RAOx)
STIPULATED PERMANENT RESTRAINING ORDER
P:\DOCS\Nationstar.West H&A (Federal)\Pleadings[FEDERAL COURT]\Stip.RestrainingOrder.2.docx

**EXHIBIT "A" - FILED UNDER SEAL**
NOT TO BE DISCLOSED TO RESTRAINED PERSONS
Page 2 of 2

**Carina Gallardo**
    Individuals:

    Locations:

**Cheyenne Schneider**
    Individuals:
    Locations: