# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC,<br><br>      Plaintiff,<br><br>        v.<br><br>PATRICK JOSEPH SORIA, et al.,<br><br>      Defendants. | CV 18-3041 DSF (RAOx)<br><br>Order Finding Brent Wolcott in Contempt of Court |

On December 10, 2018, the Court ordered Brett Wolcott to disclose to the Receiver (1) any money received from Patrick Soria or any of the Receivership Defendants since January 1, 2018; (2) any money he received as part of, or proceeds of, any transaction involving Patrick Soria or any of the Receivership Defendants since January 1, 2018; and (3) to the degree that he has knowledge, the location of any assets of Patrick Soria or any of the Receivership Defendants.

The Receiver reported that Wolcott had failed to comply with the Court's order. Therefore, the Court ordered Wolcott to show cause, in writing, no later than March 4, 2019, how he had complied with the Court's December 10, 2018 order or to provide good cause for the failure to comply. His response was to be supported by a declaration under penalty of perjury. Wolcott was advised that if he failed to demonstrate compliance or good cause

for the failure to comply, he would be held in civil contempt and ordered to pay $1,000 per day until the Court is satisfied that he has complied or shown good cause for the failure to comply. The Court found that $1,000 per day was the smallest adequate amount necessary to coerce Wolcott into compliance given the large sums that are potentially being hidden from the Receiver.

The Receiver served the Order on Wolcott by delivering it to his home and providing it to his wife. Wolcott has not shown cause why he should not be held in contempt and has not responded in any way to this Court's orders. The Court therefore finds Wolcott in civil contempt. He is ordered to pay $1,000 per day to the Clerk of Court/Executive Officer, U.S. Courthouse, Room 4311, 350 West First St., Los Angeles, CA, 90012, beginning April 22, 2019 and continuing until he complies with the Court's orders and provides a declaration that he has done so. He is further ordered to appear in Department 7D of the U.S. Courthouse, 350 West First St., Los Angeles, CA, 90012 at 8:30 a.m. on May 13, 2019. The Court will issue an order vacating the hearing date if Wolcott has complied with this Court's orders.

The Receiver is to serve this order on Wolcott.

IT IS SO ORDERED.


Date: April 17, 2019

_Dale S. Fischer_

Dale S. Fischer
United States District Judge