# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES -REOPENING/CLOSING

Case No. **CV 18-3041 DSF**  Date **March 10, 2021**

Title: **Nationstar Mortgage, LLC v. Patrick Joseph Soria, et al.**

Present: The Honorable **Dale S. Fischer**

| Renee Fisher | Not Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:           Attorneys Present for Defendants:

Not Present                                                Not Present

Proceedings:    ☐ In Court      ☒ In Chambers      ☐ Counsel Notified

☐  Case previously closed in error.  Make JS-5.

☒  Case should have been closed on entry dated **February 18, 2021**.

☐  Case settled but may be reopened if settlement is not consummated within _____ days. Make JS-6.

☐  Other _____

☒  Entered **JS-6**.

Initials of Preparer    rf